IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

COREY CAPEHART,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-884

Opinion filed November 2, 2016.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Corey Capehart, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied except as it relates to the trial court's oral pronouncement prohibiting early termination of probation, which is hereby stricken. See Arriaga v. State, 666 So. 2d 949 (Fla. 4th DCA 1996). Since this pronouncement was not reduced to writing, there is no need to remand for correction of the judgment and sentence or the order of probation.

LEWIS, WETHERELL, and JAY, JJ., CONCUR.